**858**

No. 1222. Lagow *v.* United States. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Herbert Zelenko* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. ▇▇▇▇▇▇▇▇▇

No. 1231. Fried et al. *v.* United States. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *J. Bertram Wegman* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. ▇▇▇▇▇▇▇▇▇

No. 1306. United States *v.* Hearne. June 23, 1947. Petition for writ of certiorari to the Court of Claims denied. *Acting Solicitor General Washington* for the United States. *Herman J. Galloway, Frederick W. Shields* and *John W. Gaskins* for respondent. ▇▇▇▇▇▇▇▇▇

No. 1339. DeGuire, Executrix, *v.* Higgins, Collector of Internal Revenue. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John P. McGrath* and *Denis M. Hurley* for petitioner. *Acting Solicitor General Washington, Sewall Key, Robert N. Anderson* and *Fred E. Youngman* for respondent. ▇▇▇▇▇▇▇▇▇

No. 1368. Protective Committee for Bonds of Old Colony Railroad Co. *v.* New York, New Haven & Hartford Railroad Co. et al.; and